

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-91,062-01

### EX PARTE STEVEN LEE RIOS, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. CR-16C-038B-A IN THE 222ND DISTRICT COURT FROM DEAF SMITH COUNTY

*Per curiam*.

## O R D E R

Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07. Under Article 11.07 of the Texas Code of Criminal Procedure, a district clerk is required to forward to this Court, among other things, "the application, any answers filed, any motions filed, transcripts of all depositions and hearings, any affidavits, and any other matters such as official records used by the court in resolving issues of fact." *Id*. at § 3(d); *see also* TEX. R. APP. P. 73.4(b)(4). The record forwarded to this Court appears, however, to be incomplete. While the judgment giving Applicant a probated sentence of 10 years is included, the final judgment of conviction revoking that probation is not included in the record.

The district clerk shall either forward to this Court the final judgment of conviction or certify in writing that this document is not part of the record. The district clerk shall comply with this order within thirty days from the date of this order.

Filed: April 2, 2020
Do not publish